RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for JUSTIN ANTHONY FISHER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN ANTHONY FISHER,<br><br>　　　　Defendant. | Case No.  2:17-cr-073-APG-GWF<br><br>**STIPULATION TO EXTEND REPLY DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Justin Anthony Fisher, that the Reply to Motion for Review of Magistrate Judge Hoffman's Detention Order (ECF 12) currently due March 29, 2017 be extended by seven (7) days to and including April 5, 2017.

The Stipulation is entered into for the following reasons:

1.　　The defendant is in custody but does not oppose the continuance.

2.　　The parties agree to the continuance.

3.　　The additional time requested herein is not sought for purposes of delay.

4.	Undersigned defense counsel has just been informed that the family is retaining private counsel.  The newly retained counsel for the defendant needs additional time to file their notice of appearance and prepare the reply, taking into account the exercise of due diligence.

5.	Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the First stipulation to extend the reply date filed herein.

DATED this 28th day of March, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE,<br>Acting United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender<br>Counsel for JUSTIN ANTHONY FISHER | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN ANTHONY FISHER,<br><br>　　　　　DEFENDANT. | Case No.  2:17-cr-073-APG-GWF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is in custody but does not oppose the continuance.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Undersigned defense counsel has just been informed that the family is retaining private counsel.  The newly retained counsel for the defendant needs additional time to file their notice of appearance and prepare the reply, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the First stipulation to extend reply date filed herein.

**CONCLUSIONS OF LAW**

The ends of justice, and judicial economy being best served by granting said extension:

**ORDER**

IT IS THEREFORE ORDERED that the Reply to Motion for Review of Magistrate Judge Hoffman's Detention Order (ECF 12) currently due March 29, 2017 be extended by seven (7) days to and including April 5, 2017.

Dated: March 29, 2017.

_____
UNITED STATES DISTRICT JUDGE