# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ANTHONY FISHER,<br><br>Defendant. | Case No. 2:17-cr-00073-APG-GWF<br><br>**ORDER DENYING MOTION TO AMEND DETENTION ORDER**<br><br>(ECF No. 29) |

On February 15, 2017, defendant Justin Anthony Fisher made his Initial Appearance and the Government requested that he be detained pending trial. ECF No. 4. Magistrate Judge Hoffman ultimately ordered that Fisher be detained. ECF No. 9. Fisher now requests that I review and amend the detention order and release him with conditions. ECF No. 29.

A defendant may appeal an order of detention to the district court having original jurisdiction over the offense. 18 U.S.C. § 3145(b). I review the Magistrate Judge's Order de novo. *United States v. Koenig*, 912 F.2d 1190, 1192-93 (9th Cir.1990). I must "review the evidence before the magistrate and make [my] own independent determination whether the magistrate's findings are correct, with no deference." *Id.* at 1193).

I have conducted a de novo review of the detention order and all related papers. I also have listened to the recording of the February 15, 2017 detention hearing. ECF No. 34. Magistrate Judge Hoffman correctly considered and applied the relevant factors that impact upon detention. I adopt his findings and conclusions and affirm his detention order.

IT IS HEREBY ORDERED that Magistrate Judge Hoffman's detention order **(ECF No. 9) is affirmed.** Fisher's appeal of that order **(ECF No. 29) is DENIED**.

Dated: May 18, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE