# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-73-APG-GWF |
| Plaintiff, | ORDER |
| vs. | |
| JUSTIN ANTHONY FISHER, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Government counsel was scheduled to be in *United States v. Peraza* before the Honorable Judge Gordon beginning on August 21, 2017, and the case was continued the morning of trial. In diligently preparing for trial, Government counsel has been unable to draft a response to the Defendant's motion

2. Defense counsel is currently in a state death penalty trial and will require additional time to reply to the Government's response.

3. The defendant is incarcerated, and but not object to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for adequate and efficient response time to the defendant's motion.

6. This is the <u>first request</u> for a continuance of deadline for the Government to respond to the defendant's Motion to Suppress Evidence.

## CONCLUSIONS OF LAW

Based on the fact that the parties have agreed to the continuance; based on the fact that the defendant does not object to the continuance; and based on the fact that denial of this request for continuance could result in a miscarriage of justice, the Court hereby concludes that:

The ends of justice are served by granting said continuance, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny adequate response to the pending motion to dismiss, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the deadline for the Government to respond to defendant's Motion to Suppress Evidence is hereby reset to September 4, 2017 and the Motion Hearing is reset to September 14, 2017 at 1:30 p.m., Courtroom 3D

Dated: 8/23/2017

_____
HONORABLE GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE