# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUSTIN FISHER,

    Defendant.

Case No.: 2:17-cr-00073-APG-GWF

**ORDER**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government is currently in trial in *United States v. Frankie Peraza* (2:14-cr-229-APG-GWF). Counsel anticipated that the trial would be completed by the current scheduled hearing time and date, but as of the morning of September 14, 2017, trial continues.

2. Counsel for the Defendant does not object to the continuance, however Mr. Pitaro is beginning a two-week trial in State court on Monday, and is therefore unavailable for an additional two weeks.

3. The defendant is in custody and but not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as counsel for the Government is unavailable.

1

# ORDER

IT IS FURTHER ORDERED that the hearing scheduled for September 14, 2017 at 1:30 p.m. be vacated and continued to _____October 4_____, 2017 at ___9:30___ a.m./~~p.m.~~

DATED this 14th day of September, 2017.

_____/s/ George Foley Jr._____
THE HONORABLE GEORGE W. FOLEY
United States Magistrate Judge