**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-cr-00073-APG-GWF |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| JUSTIN ANTHONY FISHER, and | ) | |
| | ) | |
| JOSHUA RAY FISHER | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the evidentiary hearing currently scheduled for December 18, 2017 at 10:30 a.m., be vacated and continued to February 21, 2018 at the hour of 9:30 a.m. in Courtroom 3A

Dated this 13 day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE