UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ANTHONY FISHER<br><br>and<br><br>JOSHUA RAY FISHER,<br><br>Defendants. | Case No: 2:17-cr-0073-APG-GWF<br><br>FINDINGS OF FACT AND ORDER |

**FINDINGS OF FACT AND ORDER**

1. Counsel for Defendant JOSHUA FISHER is unavailable on the currently scheduled hearing date. Counsel for Defendant JUSTIN FISHER has other trial conflicts and out-of-district commitments that make him unavailable before May 11, 2018.

2. Government Counsel has no objection to the continuance.

3. The Defendants are in custody but do not object to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice as defense counsel are unavailable.

IT IS THEREFORE ORDERED that the hearing scheduled for February 21, 2018 at 9:30 a.m. be vacated and continued to May 11, 2018 at 9:30 a.m.

DATED this 12th day of February, 2018.

_____
THE HONORABLE GEORGE W. FOLEY
United States Magistrate Judge