# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-cr-00073-APG-GWF |
| vs. | **ORDER** |
| JUSTIN ANTHONY FISHER and JOSHUA RAY FISHER, | |
| Defendants. | |

This matter is before the Court on Defendants' Motion for Court Order to Allow the Defendants to Inspect All Property and Material in the Possession of the Government (ECF No. 77), filed on February 21, 2018. The Government filed a Response (ECF No. 80) on March 6, 2018. Defendants did not file a reply.

Defendants request an order allowing them to be removed from the detention facility and transported to the Internet Crimes Against Children ("ICAC") lab to inspect all property and material in the possession of the Government related to their case. Defendants' counsel states that the Defendants themselves must view this material because "[i]t is they who are most knowledgeable in reference to certain of the materials but more critically the types of social media which the government alleges was being utilized by the respective Defendants." *Motion* (ECF No. 77), 1:25-27. The Government argues that Defendants' request is moot because it has agreed to bring all materials and property in its possession, including contraband, to Defendants at the Nevada Southern Detention Center. Moreover, the Government asserts that it is willing to "make an agent available for as much time, and as many times as necessary," to facilitate Defendants', their counsels' and their experts' review of the material.

. . .

In light of the Government's representations (and Defendants failure to file a reply that indicates that they disagree with the Government's offer), the Court will deny Defendants' request for transportation to the ICAC lab. However, the Court grants Defendants' motion to the extent that Defendants request the ability to personally inspect all property and material in the Government's possession other than images of child pornography. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Court Order to Allow the Defendants to Inspect All Property and Material in the Possession of the Government (ECF No. 77) is **denied**, in part, and **granted**, in part, as discussed herein.

**IT IS FURTHER ORDERED** that the hearing scheduled for March 28, 2018 at 9:30 a.m. is **VACATED**.

DATED this 15th day of March, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge