# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-cr-00073-APG-GWF |
| vs. | **ORDER** |
| JUSTIN ANTHONY FISHER and JOSHUA RAY FISHER, | |
| Defendants. | |

This matter is before the Court on Defendant Joshua Fisher's Request to Join in Co-Defendant's Opposition to Government's Motion Seeking Reconsideration (ECF No. 84), filed on March 20, 2018. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant Joshua Fisher's Request to Join in Co-Defendant's Opposition to Government's Motion Seeking Reconsideration (ECF No. 84) is **granted**.

DATED this 21st day of March, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge