UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00073-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOSHUA RAY FISHER, *et al.*, | |
| Defendant. | |

This matter is before the Court on Defendants' Motion to Allow the Fisher Brothers to be Present Together to View Evidence (ECF No. 90), filed May 1, 2018.

On July 12, 2017, the Court denied, without prejudice Defendants' Motion to Eliminate Separation Order. ECF No. 7. On March 15, 2018, the Court denied in part, and granted in part, Defendants' Motion for Court Order to Allow the Defendants to Inspect All Property and Material in the Possession of the Government, allowing Defendants to personally inspect all property and material in the Government's possession other than images of child pornography. ECF No. 277. Based upon the representations of Defendants' counsel in the instant motion and good faith efforts described therein on behalf of both parties, the Court finds good cause exists to permit both Defendants to view the subject matter discovery together in the presence of an agent. Accordingly,

**IT IS HEREBY ORDERED** Defendants' Motion to Allow the Fisher Brothers to be Present Together to View Evidence (ECF No. 90) is **granted**.

Dated this 15th day of May, 2018.

*[signature: George Foley Jr.]*

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1