# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-0073-APG-GWF |
| Plaintiff, | FINDINGS OF FACT AND ORDER |
| vs. | |
| JUSTIN ANTHONY FISHER | |
| and | |
| JOSHUA RAY FISHER, | |
| Defendants. | |

## FINDINGS OF FACT AND ORDER

1. The Government has recently provided to defense counsel newly discovered evidence that will likely obviate the need for a hearing. The parties anticipate that either the defense will withdraw the motion, or the Government will not seek to use the evidence that is the subject of the motion thereby rendering the motion moot. It would converse judicial resources to grant the continuance.

2. Defense Counsel has no objection to the continuance.

3. The Defendants are in custody but do not object to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that the hearing scheduled for July 27, 2018 at 9:30 a.m. |
| 2 | be vacated and continued to October 19, 2018 at 9:30 AM. |
| 3 | DATED this 24th day of July, 2018. |

*George Foley Jr.*

_____
THE HONORABLE GEORGE W. FOLEY
United States Magistrate Judge