DAYLE ELIESON
United States Attorney
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
EMAIL: elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>vs.<br>JUSTIN ANTHONY FISHER<br>and<br>JOSHUA RAY FISHER,<br>   Defendants. | 2:17-cr-73-APG-GWF<br><br>STIPULATION TO CONTINUE RESPONSE TO DEFENDANT'S MOTION TO ALLOW DEFENDANTS TO REVIEW EVIDENCE TOGETHER (ECF No. 98) |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and THOMAS PITARO, counsel for defendant JUSTIN ANTHONY FISHER, that the Government's response to defendant's Motion to Allow Defendants to Review Evidence Together (ECF No. 98), in the above-captioned matter, be continued for 60 days.

This Stipulation is entered into for the following reasons:

1. The Government has recently provided to defense counsel newly discovered evidence that bears on the Government's position regarding the above

1

referenced motion. Government counsel requires additional time to consult with the affected parties, and defense counsel to potentially resolve the motion short of judicial intervention. The parties anticipate that either the defense will withdraw the motion, or the Government will not oppose the motion thereby rendering the motion moot. It would converse judicial resources to grant the continuance.

2. Defense Counsel has no objection to the continuance.

3. The Defendants are in custody but do not object to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance of deadline for the Government to respond to the defendant's Motion to Allow Defendants to Review Evidence Together.

Dated this 23rd day of July, 2018.

DAYLE ELIESON
United States Attorney

/s/
ELHAM ROOHANI
Assistant United States Attorney

/s/
THOMAS PITARO, ESQ.
Counsel for Defendant Justin Fisher

/s/
WILLIAM TERRY, ESQ.
Counsel for Defendant Joshua Fisher

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>JUSTIN ANTHONY FISHER<br>and<br>JOSHUA RAY FISHER,<br>　　　　Defendants. | 2:17-cr-73-APG-GWF<br><br>ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The Government has recently provided to defense counsel newly discovered evidence that bears on the Government's position regarding the above referenced motion. Government counsel requires additional time to consult with the affected parties, and defense counsel to potentially resolve the motion short of judicial intervention. The parties anticipate that either the defense will withdraw the motion, or the Government will not oppose the motion thereby rendering the motion moot. It would converse judicial resources to grant the continuance.

2. Defense Counsel has no objection to the continuance.

3. The Defendants are in custody but do not object to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the <u>first request</u> for a continuance of deadline for the Government to

3

respond to the defendant's Motion to Allow Defendants to Review Evidence Together.

**CONCLUSIONS OF LAW**

Based on the fact that the parties have agreed to the continuance; based on the fact that the defendant does not object to the continuance; and based on the fact that denial of this request for continuance could result in a miscarriage of justice, the Court hereby concludes that:

The ends of justice are served by granting said continuance, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny adequate response to the pending Motion to Allow Defendants to Review Evidence Together, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the deadline for the Government to respond to defendant's Motion to Allow Defendants to Review Evidence Together is hereby reset to October 5, 2018.

Dated: 7/24/18

_____
HONORABLE GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE