DAYLE ELIESON
United States Attorney
District of Nevada
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorneys
501 Las Vegas Blvd So., Ste. 1100
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6020

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ANTHONY FISHER<br><br>and<br><br>JOSHUA RAY FISHER,<br><br>Defendants. | Case No. 2:17-cr-00073-APG-GWF<br><br>**UNOPPOSED MOTION TO UNSEAL SEARCH WARRANTS** |

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrants that were issued as part of the investigation in this case. The parties are seeking to unseal the warrants so that the Government may produce the search warrants and the accompanying returns in discovery, or may make the material available for review under the applicable statutes.

The search and seizure warrants the parties are seeking to unseal are:

| Case Number | Caption | Date Issued |
|---|---|---|
| 2:18-mj-635-VCF | In the matter of search of One Plus Cellular Telephone Model A2005 | July 18, 2018 |

| 2:18-mj-636-VCF | In the matter of search of Samsung Portable SSD T3 External Drive, Model MU-PT500B | July 18, 2018 |
|---|---|---|
| 2:18-mj-637-VCF | In the matter of search of Samsung Portable SSD T3 External Drive, Model MU-PT250B | July 18, 2018 |

Respectfully submitted,

For the United States:      For the Defense:

DAYLE ELIESON
United States Attorney

//s//                                           //s//

ELHAM ROOHANI                THOMAS PITARO, ESQ.
Assistant United States Attorney    Attorney for JUSTIN FISHER

                                                      //s//

                                               WILLIAM TERRY, ESQ.
                                               Attorney for JOSHUA FISHER

**IT IS SO ORDERED:**

_____            9-27-2018
United States Magistrate Judge          Date