UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JUSTIN ANTHONY FISHER and JOSHUA RAY FISHER,<br><br>　　　　　　　Defendants. | Case No. 2:17-cr-00073-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to Allow Defendants to Review Evidence Together (ECF No. 98) filed July 17, 2018. The Court does not find sufficient grounds have been presented to allow the Defendants to review evidence together. Thus, the Court denies the Defendants request. If the matter is still at issue, Defendants may refile their motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Allow Defendants to Review Evidence Together (ECF No. 98) is **denied** without prejudice.

Dated this 28th day of March, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE