UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>JUSTIN ANTHONY FISHER and JOSHUA RAY FISHER,<br><br>                              Defendants. | Case No. 2:17-cr-00073-APG-GWF<br><br>**FINDINGS AND RECOMMENDATON**<br><br>**Re: Motion to Suppress Evidence (ECF No. 41)**<br><br>**ORDER**<br><br>**Re:  Motion for Reconsideration (ECF No. 79)** |

 This matter is before the Court on Defendants' Motion to Suppress Evidence (ECF No. 41), filed on August 10, 2017, and the Government's Motion for Reconsideration of the Order Granting Evidentiary Hearing (ECF No. 79), filed on February 22, 2018.

 Defendants' motion seeks to suppress evidence seized during the November 21, 2016 search of the residence at 10432 Burkehaven Avenue, Las Vegas, Nevada, on the grounds that the search warrant affidavit contained intentional or reckless misstatements or omissions of material fact. On November 15, 2017, the Court granted an evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154, 155-56, 98 S.Ct. 2674 (1978). *See Order* (ECF No. 59). The hearing has been continued several times by stipulation of the parties. The evidentiary hearing was conducted on March 15, 2019. Expert witness Andrew Buel and Detective Scott Miller of the Las Vegas Metropolitan Police Department testified for the Government. Expert witness Adrian Leon Mare testified on behalf of the Defendants.

## BACKGROUND

**1. Detective Miller's Search Warrant Affidavit:**

Detective Miller stated in the "Synopsis" section of his search warrant affidavit that Tumblr sent a report to the National Center for Missing and Exploited Children (NCMEC) on April 27, 2016 stating that a user identified as "mcw," with an IP address of 24.253.48.163 had "uploaded 8 child exploitation images on their *Tumblr* account." *Government's Hearing Exhibit No. 4*, at Bates No. 00107. Detective Miller determined that two of the images were child pornography. *Id.* In the "Probable Cause Offering" section of the affidavit, Detective Miller stated that Tumblr provided the following information to NCMEC regarding the user:

> IP Address: 50.118.198.254 and 24:253.48.163
> Date of Incident: April 19, 2016 at 14:14:00 UTC
> Email Address: mcwarson@gmail.com
> Screen/User Name: mcw
> Profile URL https;//mcw/tumblr.com.

*Id.* at Bates No. 00108.

The affidavit stated that an administrative subpoena was served on Cox Communications for subscriber information for IP address 24.253.48.163. Cox responded to the subpoena on June 14, 2016, reporting that the IP address resolved to Justin Fisher at 10432 Burkehaven Avenue, Las Vegas, Nevada. *Id.* at Bates Nos. 00108-109. A search warrant was served on Tumblr on July 1, 2016 "for all account information regarding Tumblr account mcwarson@gmail.com, IP address 24.253.48.163, user name: mcw." On September 16, 2016, Tumblr responded to the search warrant "with numerous other images of child exploitation." *Id.* at Bates No. 00109. Detective Miller reviewed the images and determined that over 40 of them constituted child pornography. *Id.* A search warrant was also served on Google, Inc. for all account information for mcwarson@gmail.com, but no return of further evidence of child exploitation was discovered. *Id.* Based on the foregoing information, a Clark County, Nevada Justice-of-the-Peace issued the search warrant for the premises at 10432 Burkehaven Avenue. The evidence found during the search of that residence led to the pending criminal charges against Defendants Justin Anthony Fisher and Joshua Ray Fisher.

**2. Documents Relating to the Information in the Affidavit:**

The April 27, 2016 CyberTipline Report that Tumblr sent to NCMEC identified the "User or Person Being Reported" as:

```
Email Address:      mcwarson@gmail.com
Screen/User Name:   MCW
Profile URL:        mcw.tumblr.com
IP Address:         50.118.198.254 (Other).
```

*Government's Hearing Exhibit No. 2*, at Bates No. 00031.

Under "Additional Information Submitted by Reporting ESP," the CyberTipline Report stated:

> Please note: the IP provided in this report is the suspect's last login IP.
>
> Suspect's last logins:
> Mon, 18 Apr 2016 22:47:36 -0400 from 50.118.198.24 (CA-San Jose, US)
> Mon, 11 Apr 2016 22:05:09 -0400 from 24.253.48.163 (NV-Las Vegas, US)
> Tue, 05 Apr 2016 16:10:11 -0400 from 24.253.48.163 (NV-Las Vegas, US)
> Mon, 21 Mar 2016 20:06:42 -0400 from 24.253.48.163 (NV-Las Vegas, US)
> Wed, 16 Mar 2016 22:02:42 -0400 from 24.253.48.163 (NV-Las Vegas, US)
>
> Suspect's associated blogs:
> fuckitthan - http://fuckitthan.tumblr.com/  *Id.*

A "Geo-Lookup" was automatically generated by the NCMEC system which found that IP address 50.118.198.24 resolved to San Francisco-Oakland-San Jose. It also contained a column heading "ISP/Org," under which was stated: "EGIHosting/ Areti Internet." *Id.* at Bates No. 1033. Under Section C, "Additional Information Provided by NCMEC," the CyberTipline Report discussed IP address 24.253.48.163, which was related to an additional CyberTipline Report, Bates No. 10033465, and which was owned by Cox Communications in Las Vegas, Nevada. *Id.* at Bates Nos. 1034-1036.

Based on the information pertaining to IP address 24.253.48.163, NCMEC determined that the information in CyberTipline #10001179 should be sent to "NV ICAC." (Nevada Internet Crimes Against Children Task Force). *Id.* at Bates No. 00036.

The July 1, 2016 search warrant served on Tumblr required it to produce:

> All Tumblr account information for the following user on /or between the dates of April 19, 2016 through July 01, 2016:

3

>IP Address: 50.118.198.254 and 24.253.48.163
>Date of Incident: April 19, 2016 at 14:14:00 UTC
>Email Address: mcwarson@gmail.com
>Screen/User Name: mcw
>Profile URL: https://mcw.tumblr.com

*Government's Hearing Exhibit 3*, at Bates No. 00066.

Tumblr responded to the search warrant by letter, with an attached Exhibit A, on September 16, 2016. *Id.* at Bates Nos. 00074-76. The information provided by Tumblr in Exhibit A was for the blog account– "http://mcw.tumblr.com/" which was created on January 1, 2016; email address–"mcwarson@gmail.com;" and a secondary blog account– http://fuckitthan.tumblr.com/" which was created on March 29, 2016. *Id.* at Bates No. 00075. Tumblr's response included a flash drive and a Login History for "http://mcw.tumblr.com/" which included the notation: "*Note: IP address corresponds to last actual login (exchange of credentials) not last access." *Id.* at Bates No. 00075. The IP logins for "mcw.tumblr.com" were listed as follows:

| IP Address | Login Time |
| --- | --- |
| 24.253.48.163 | 4/19/16 10:40 |
| 50.118.198.254 | 4/18/16 22:47 |
| 24.253.48.163 | 4/11/16 22:05 |
| 24.253.48.163 | 4/5/16 16:10 |
| 24.253.48.163 | 3/21/16 20:06 |
| 24.253.48.163 | 3/16/16 22:02 |
| 24.253.48.163 | 3/16/16 16:50 |
| 72.201.103.154 | 2/1/16 4:02 |
| 72.201.103.154 | 1/30/16 15:18 |
| 72.201.103.154 | 1/14/16 12:40 |
| 72.201.103.154 | 1/13/16 9:10 |
| 72.201.103.154 | 1/13/16 7:14 |
| 72.201.103.154 | 1/13/16 7:11 |
| 72.201.103.154 | 1/13/16 2:15 |
| 72.201.103.154 | 1/12/16 23:01 |
| 72.201.103.154 | 1/1/16 7:19 |

*Id.* at Bates No. 00076.

. . .

. . .

4

**3. Order Granting Evidentiary Hearing:**

In its order granting an evidentiary hearing, the Court found that the statement in the "Synopsis" section of the affidavit---that "*Tumblr* reported a user; 'mcw', screen/user name of mcw, and an IP address of 24.253.48.163 uploaded 8 child exploitation images on their *Tumblr* account"---was "clearly false" because the CyberTipline Report "did not state that the user uploaded the images to Tumblr from IP address 24.253.48.163." The Court also found that such an inference could not be made from the CyberTipline Report. *Order* (ECF No. 59), at 8. The Court also found that the "Probable Cause Offering" in the affidavit was incomplete. While the affidavit correctly stated that the CyberTipline Report listed both IP addresses 50.118.198.254 and 24.253.48.163, it failed to disclose that the last reported IP address login prior to the 'incident' was from IP address 50.118.198.254 on April 18, 2016. The Court stated that "[t]he omission of the dates when the logins from IP addresses 50.118.198.254 and 24.253.48.163 occurred, combined with the misrepresentation in the Synopsis, reasonably could have led the justice-of-the-peace to believe that the [CyberTipline] report stated that the upload of child pornography images on April 19, 2016 was made from a computer using IP address 24.253.48.163." *Id.* at 9.[1]

**4. Testimony of Government Expert Witness Andrew Buel:**

The Government's expert witness, Andrew Buel, has been employed by the FBI for approximately 8 years. The parties stipulated that he is an expert in computer forensics and networking, including Virtual Private Networks (VPNs). Mr. Buel testified that parties using a VPN network communicate with each other through a "tunnel"[2] and the communication is encrypted. A person using a VPN to communicate on the internet can obscure his or her true IP address and identity because the communication appears to originate from the VPN's IP address, rather than the user's actual IP address. Mr. Buel testified that is it easy for a person trained in

---

[1] The words "false" and "misrepresentation" used in Order (ECF No. 59) did not mean that the Court had determined that Detective Miller made intentional or reckless misstatements or omissions of fact. Such a determination can only be made following an evidentiary hearing, and the Court's consideration of the affiant's explanations, and other circumstances relevant to state of mind.

[2] Mr. Buel's testimony was unclear as to the word used.

5

computer forensics or networking to recognize an actual residential IP address and a VPN IP address. Mr. Buel testified that VPN providers do not identify or are unable to identify the IP addresses that communicated through the VPN at any particular time. The VPN providers do not collect such IP address login information or are unable to identify a particular IP address because multiple IP addresses connect to the VPN at the same time.

Mr. Buel testified that in looking at the information provided in the CyberTipline Report, he would have immediately recognized IP address 50.118.198.254 as a VPN or a Virtual Private Server (VPS) IP address. He was not able to determine from the CyberTipline Report which listed IP address uploaded the child pornography images to the Tumblr account.[3]

### 5. Detective Miller's Hearing Testimony:

Detective Miller testified that upon joining the Internet Crimes Against Children Task Force in December 2015, he received training in how to read a CyberTipline report. Since that time, he has reviewed over one hundred CyberTipline reports. Detective Miller's understanding of a VPN is that someone in the "public domain" can connect to a VPN which masks the actual Internet Protocol (IP) address of the person communicating through the VPN. He stated that a lot of private companies use VPNs so that their employees can communicate securely. Detective Miller testified that investigations of electronic communications made through a VPN may lead to the identification of the company or computer server providing the Virtual Private Network, but it will not result in investigators being able to identify the IP address that communicated through the VPN.

Detective Miller testified that the information in the CyberTipline Report under "User or Person Being Reported" listed IP address "50.118.198.254 (Other)," *Government Hearing Exhibit 2*, at Bates No. 00031, indicated to him that there was more than one IP address involved in the report. Under the next section of the report, "Additional Information Submitted by the Reporting ESP," the suspect's last logins were listed. This showed that the most recent login

---

[3] Defendants' expert witness, Mr. Mare, did not provide any pertinent testimony to the determination of the motion to suppress. Therefore, his testimony is not summarized in these Findings and Recommendation.

6

1   was from IP Address 50.118.198.254 (CA-San Jose, US) on Monday April 18, 2016.  The
2   preceding four logins were from IP address 24.253.48.163 (NV-Las Vegas, US).  *See Id.* at
3   Bates No. 00031.  Detective Miller testified that this portion of the report raised  "red flags" that
4   "something isn't right with that IP address [50.118.198.254]."  He explained that NCMEC
5   attempts to determine the jurisdiction in which the transmission of child pornography occurred
6   so that the information can be sent to the law enforcement agency in that jurisdiction.  NCMEC
7   somehow determined that Las Vegas, Nevada was the appropriate jurisdiction to send the report.

8   　　　　Detective Miller believed that information under "Section B: Automated Information
9   Added by NCMEC System," *Government Hearing Exhibit 2*, at Bates No. 00033, regarding IP
10  Address 50.118.198.254, was referenced because it was the last listed login on Tumblr from the
11  suspect account.  The reference to "EGIHosting/ Areti Internet" under the heading "ISP/Org,"
12  indicated  that IP Address 50.118.198.254 must be a VPN.  Detective Miller performed some
13  additional research and determined that IP Address 50.118.198.254 was, in fact, a VPN.

14  　　　　"Section C: Additional Information Provided by NCMEC" of the CyberTipline Report
15  stated that there was an associated CyberTipline Report No. 10033465.  *Id.* at Bates No. 00034.
16  This associated report concerned IP address 24.253.48.163.  The associated report was generated
17  on May 26, 2016, a month after the parent CyberTipline Report No. 10001179.  At the end of
18  Section C, CyberTipline Report No. 10001179 stated:  "Based on IP address 24.253.48.163, I
19  will place this report on the VPN for the NV ICAC."  *Id.* at Bates No. 00036.  Detective Miller
20  testified that this statement indicated that based on IP address 24.253.48.163, NCMEC
21  determined that the CyberTipline Report should be forwarded to the Nevada task force for
22  further investigation.

23  　　　　Detective Miller testified that he applied for the subject search warrant after he received
24  the returns on the search warrants served on Tumblr and Google, and the response to the
25  administrative subpoena sent to Cox Communications for IP address 24.253.48.163.  The search
26  warrant sent to Tumblr requested all account information for the user "mcw" from April 19,
27  2016 through July 1, 2016 and listed both IP addresses 50.118.198.254 and 24.253.48.163.  *See*
28  *Government Hearing Exhibit 3*, at Bates No. 00059.  Detective Miller did not expect to "get

anything back" on IP address 50.118.198.254 since it was a VPN and was "all encrypted." The flash drive received from Tumblr contained 40 images of child exploitation, i.e. child pornography. Detective Miller believed that all of the images in the flash drive were uploaded from IP address 24.253.48.163.

Detective Miller testified that he stated in the Synopsis of his affidavit that the user of IP address of 24.253.48.163 had uploaded the 8 child exploitation images on their *Tumblr* account because the other listed IP address, 50.118.198.254, was a VPN that "didn't come back to anything" and was, in his opinion, irrelevant. The other information in the CyberTipline Report and in Tumblr's response to the search warrant pointed to IP address 24.253.48.163 as the address from which the child pornography was uploaded to Tumblr. Under cross-examinarize, Detective Miller stated that the search warrant to Tumblr only requested Tumblr account information for the user, mcw, from April 19, 2016 through July 1, 2016 for IP addresses 50.118.198.254 and 24.253.48.163. Because IP address 50.118.198.254 was an encrypted VPN, he believed the images produced by Tumblr in the flash drive were uploaded from IP address 24.253.48.163.

Detective Miller testified that the information regarding the associated CyberTipline Report, No. 10033465, also pointed to IP address 24.253.48.163 as the source of the uploaded child pornography. The login information in Tumblr's response to the search warrant, *Government Hearing Exhibit 3*, at Bates No. 00076, was significant to him because the last login listed on April 19, 2016 was IP address 24.253.48.163. Defendant's counsel pointed out that Tumblr's response to the search warrant also listed a third IP address, 72.301.103.154, which logged into Tumblr on January 1, 2016, January 12, 2016, January 13, 2016 (three times), January 14, 2016, January 30, 2016, and February 1, 2016. These logins were not identified in Detective Miller's affidavit.

**DISCUSSION**

The Fourth Amendment to the United States Constitution states that "no Warrants shall issue, but upon probable cause, supported by Oath or affirmation and particularly describing the place to be searched, and the persons or things to be seized." A judicial officer may authorize

the search of a location only if the affidavit establishes probable cause to believe that evidence of a crime will be found there. *United States v. Hill*, 459 F.3d 966, 970 (9th Cir. 2006). "'[P]robable cause means a fair probability that contraband or evidence is located in a particular place. Whether there is a fair probability depends upon the totality of the circumstances, including reasonable inferences, and is a common sense, practical question. Neither certainty or a preponderance of the evidence is required.'" *United States v. Kleinman*, 880 F.3d 1020, 1036 (9th Cir. 2018) (quoting *United States v. Kelley*, 482 F.3d 1047, 1050 (9th Cir. 2007)). The issuing judge need not determine "that the evidence is more likely than not to be found where the search takes place. He or she need only conclude that it would be reasonable to seek evidence in the place indicated in the affidavit." *United States v. Ruiz*, 758 F.3d 1144, 1148 (9th Cir. 2014) (citing *United States v. Ocampo*, 937 F.2d 485, 490 (9th Cir. 1991)).

A search warrant is not valid if the affidavit on which it is based fails to provide a substantial factual basis on which to conclude that probable cause exists. "Conclusions of the affiant unsupported by underlying facts cannot be used to establish probable cause." *United States* v. *Underwood*, 725 F.3d 1076, 1081 (9th Cir. 2013) (citing *United States v. Cervantes*, 703 F.2d 1135, 1139-40 (9th Cir. 2012)). The affidavit "must recite underlying facts so that the issuing judge can draw his or her own reasonable inferences and conclusions; it is these facts that form the central basis of the probable cause determination." *Id.* (citing *United States v. Ventresca*, 380 U.S. 102, 108-09, 85 S.Ct. 741 (1965); *Giordenello v. United States*, 357 U.S. 480, 486, 78 S.Ct. 741 (1958)). The applicant for a search warrant must therefore take care to present all relevant and material facts for the issuing judge's consideration. "'[B]y reporting less than the total story, an affiant can manipulate the inferences a magistrate will draw,' and that '[t]o allow a magistrate to be misled in such a manner could denude the probable cause requirement of all real meaning." *United States v. Ruiz*, 758 F.3d at 1148 (quoting *United States v. Stanert*, 762 F.2d 775, 781 (9th Cir. 1985), *amended by* 769 F.2d 1410 (9th Cir. 1985)).

In *Franks v. Delaware*, 438 U.S. 154, 156, 98 S.Ct. 2674, 2676 (1978), the Supreme Court stated that

> where the defendant makes a substantial preliminary showing that a false statement knowingly and intentionally, or with reckless disregard for the truth, was included by the affiant in the warrant affidavit, and if the allegedly false statement is necessary to a finding of probable cause, the Fourth Amendment requires that a hearing be held at the defendant's request. In the event that at that hearing the allegation of perjury or reckless disregard is established by the defendant by a preponderance of the evidence, and, with the affidavit's false material set to one side, the affidavit's remaining content is insufficient to establish probable cause, the search warrant must be voided and the fruits of the search excluded to the same extent as if probable cause was lacking on the face of the affidavit.

Allegations of negligence or innocent mistake by the affiant are not sufficient to trigger an evidentiary hearing. *Id.*, 438 U.S. at 171, 98 S.Ct. at 2684.

In *United States v. Stanert*, 762 F.2d at 780-81, the Ninth Circuit held that the Fourth Amendment also "mandates that a defendant be permitted to challenge a warrant affidavit valid on its face which contains deliberate or reckless omissions of fact that tend to mislead." Clear proof of deliberate or reckless omission is not required to obtain an evidentiary hearing. "[A]ll that is required is that the defendant make a substantial showing that the affiant intentionally or recklessly omitted facts required to prevent technically true statements in the affidavit from being misleading." *Id.* at 781. A defendant challenging an affidavit on the basis of deliberate or reckless omissions "must also show that the affidavit purged of those falsities and supplemented by the omissions would not be sufficient to support a finding of probable cause." *Id.* at 782. *See also United States v. Jawara*, 474 F.3d 565, 582 (9th Cir. 2007); *United States v. Perkins*, 850 F.3d 1109, 1116 (9th Cir. 2017); and *United States v. Kleinman*, 880 F.3d at 1038.

Detective Miller stated in his Synopsis that Tumblr reported to NCMEC that a user with IP address of 24.253.48.163 uploaded 8 child exploitation images on their *Tumblr* account. This statement was untrue and misleading in that it conveyed that Tumblr had affirmatively made such statement to NCMEC. It had not. The statement was actually Detective Miller's conclusion based on his analysis of the CyberTipline Report and the information that Tumblr provided in response to the search warrant. Detective Miller's statement would not have been problematical if he had clearly identified it as his opinion or conclusion, and had included in the affidavit all of the relevant facts that the issuing judge would need to independently determine

whether there was probable cause to believe that images of child pornography had been uploaded from IP address 24.253.48.163.

The affidavit did not explain that someone using IP address 50.118.198.254 logged into the Tumblr account on April 18, 2016. In fact, the affidavit made only one reference to IP address 50.118.198.254, *Government Hearing Exhibit 4*, at Bates No. 00108, and contained no discussion of that IP address or the basis for Detective Miller's alleged belief that it was irrelevant. The affidavit also did not include the four prior login dates on April 11, April 5, March 21, and March 16, 2016 from IP Address 24.253.48.163. It also did not include the information in Tumblr's response to the search warrant that someone using IP Address 24.253.48.163 logged into the Tumblr account on April 19, 2016 at 10:40, which occurred only a few hours before the "Incident Time" of 14:14:00 UTC reported in the CyberTipline Report. The affidavit also omitted the information that a person or persons using IP address 72.201.103.154 logged into the Tumblr account eight times in January 2016, and one time on February 1, 2016.

There is no disagreement that the IP address login times indicate only when someone logged into the Tumblr account from a particular IP Address. They do not establish when or if a user actually uploaded images to the Tumblr account. Detective Miller testified that he believes the images in the flash drive provided by Tumblr were uploaded from IP Address 24.253.48.163. He based this on the fact that the search warrant requested all Tumblr account information for the user, "mcw," IP addresses 50.118.198.254 and 24.253.48.163 during the period from April 19, 2016 through July 1, 2016. He appeared to believe that the images could not have been uploaded from IP addresses 50.118.198.254 because it was an "encrypted" VPN. The fact that the VPN is "encrypted," however, does not mean that a person logging into the Tumblr account through that VPN IP address could not upload the child pornography images to the Tumblr account. A person engaging in the illegal transmission of child pornography might well choose to do so through a VPN IP address in order to conceal his or her actual IP address and identity. No evidence was presented at the hearing that information had been uploaded to the Tumblr account that could not be "opened" because it was encrypted.

11

1    If Detective Miller had included all of the relevant and material information in his
2    affidavit for the search warrant, it would have including the following:
3    1. On or about April 19, 2016 Tumblr discovered a suspected uploading of eight images
4    of child exploitation or child pornography to account mcw.tumblr.com which it reported to the
5    National Center for Missing and Exploited Children (NCMEC) on April 27, 2016.  Detective
6    Miller reviewed the eight images and determined that two of them constituted child pornography.
7    2. The Tumblr CyberTipline Report listed the following IP address logins to the Tumblr
8    account:

    Mon, 18 Apr 2016 22:47:36 -0400 from 50.118.198.24 (CA-San Jose, US)
    Mon, 11 Apr 2016 22:05:09 -0400 from 24.253.48.163 (NV-Las Vegas, US)
    Tue,  05 Apr 2016 16:10:11 -0400 from 24.253.48.163 (NV-Las Vegas, US)
    Mon, 21 Mar 2016 20:06:42 -0400 from 24.253.48.163 (NV-Las Vegas, US)
    Wed, 16 Mar 2016 22:02:42 -0400 from 24.253.48.163 (NV-Las Vegas, US)

3. Tumblr subsequently provided information in response to a search warrant for all account information for the user, "mcw," IP Addresses 50.118.198.254 and 24.253.48.163, from April 19, 2016 through July 1, 2016.  The flash drive produced by Tumblr contained numerous images of sexual content, over forty of which Detective Miller determined to be images or videos of child pornography, and seven of which were described in the search warrant affidavit.

4. The IP address logins provided by Tumblr in response to the search warrant were as follows:

| IP Address | Login Time |
| --- | --- |
| 24.253.48.163 | 4/19/16 10:40 |
| 50.118.198.254 | 4/18/16 22:47 |
| 24.253.48.163 | 4/11/16 22:05 |
| 24.253.48.163 | 4/5/16 16:10 |
| 24.253.48.163 | 3/21/16 20:06 |
| 24.253.48.163 | 3/16/16 22:02 |
| 24.253.48.163 | 3/16/16 16:50 |
| 72.201.103.154 | 2/1/16 4:02 |
| 72.201.103.154 | 1/30/16 15:18 |
| 72.201.103.154 | 1/14/16 12:40 |
| 72.201.103.154 | 1/13/16 9:10 |
| 72.201.103.154 | 1/13/16 7:14 |
| 72.201.103.154 | 1/13/16 7:11 |

```
72.201.103.154      1/13/16 2:15
72.201.103.154      1/12/16 23:01
72.201.103.154      1/1/16 7:19
```

5. IP address 50.118.198.254 was determined to be the IP address for a Virtual Private Network (VPN), making it unlikely that the law enforcement could identify the IP address that actually logged into the account on April 18, 2016.

6. The owner of IP address 24.253.48.163, Cox Communications, provided information in response to a subpoena that the subscriber was Joshua Fisher at 10432 Burkehaven Avenue, Las Vegas, Nevada.

If these facts had been included in the search warrant affidavit, there would still have been probable cause to believe that the child pornography images were uploaded to Tumblr from IP address 24.253.48.163, most likely on April 19, 2016 in close proximity to when Tumblr discovered the uploading of suspect images. This, in turn, would have provided probable cause to issue a warrant to search the residence of the IP address subscriber, Joshua Fisher, at 10432 Burkehaven Avenue, Las Vegas, Nevada. The affidavit provided information regarding the behavioral characteristics of persons who engage in the possession and distribution of child pornography which provided reason to believe that child pornography would be found on electronic devices located at that residence. *See Government Hearing Exhibit 4*, at Bates Nos. 00111-13.

The foregoing does not rule out that there was also probable cause to believe that the child pornography images had been uploaded to the Tumblr account on or about April 18-19, 2016 by a person using the VPN IP address 50.118.198.254. Probable cause is not necessarily an "either or" proposition. Under the totality of the circumstances, there was a fair probability that the images of child pornography were uploaded to the Tumblr account on April 19, 2016 from IP address IP address 24.253.48.163. There was also a fair probability, but perhaps to a lesser extent, that the images had been uploaded by a person who logged into the account through VPN IP address 50.118.198.254. It is less likely that the child pornography was uploaded to the Tumblr account in January or February 1, 2016 from IP address 72.201.103.154, given that Tumblr did not identify the suspicious uploading until April 19, 2016, and there had been six

intervening logins from IP address 24.253.48.163 and one from IP address 50.118.198.254 after the last login from IP address 72.201.103.154.

Because there would still have been probable cause for the issuance of the search warrant if the misleading statement in the affidavit had been corrected and all relevant information had been included, the Court is not required to determine whether Detective Miller's misstatement and omissions were intentional or reckless. Nevertheless, it does not appear that Detective Miller intentionally misled the issuing judge. He erred in presenting his opinion that the images were uploaded from IP address 24.253.48.163 as a statement of undisputed fact, and by not providing all of the information necessary to make an independent determination of probable cause. Detective Miller appeared to be generally credible as a witness. Perhaps more telling, he had no reason to intentionally mislead the issuing judge because a factually accurate and complete affidavit would have provided probable cause for the issuance of the warrant. The issue of recklessness is a closer call. Detective Miller is an experienced detective and should know the importance of providing full and accurate factual information in an affidavit, rather than conclusions in the guise of facts. Accordingly,

## RECOMMENDATION

**IT IS HEREBY RECOMMENDED** that Defendants' Motion to Suppress Evidence (ECF No. 41) be **denied**.

## ORDER

**IT IS HEREBY ORDERED** that the Motion for Reconsideration of the Order Granting Evidentiary Hearing (ECF No. 79) is **denied**.

DATED this 28th day of March, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE