NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
ELHAM ROOHANI
Nevada Bar No. 12080
CHRISTOPHER BURTON
Nevada Bar No. 12940
501 Las Vegas Boulevard South; Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Elham.Roohani@usdoj.gov
Christopher.Burton4@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| United States Of America, <br>           Plaintiff, <br><br>   vs. <br><br> Justin Anthony Fisher and <br> Joshua Ray Fisher, <br>           Defendants. | Case No. 2:17-cr-00073-APG-GWF <br><br> **Stipulation To Advance Sentencing (First Request)** <br><br> **ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, Elham Roohani, Assistant United States Attorney, representing the United States of America, and Thomas Pitaro, Esq., representing the Defendant JUSTIN ANTHONY FISHER, and William Terry, Esq., representing the Defendant JOSHUA RAY FISHER that the sentencing in the above captioned case, which is currently scheduled for March 3, 2020 at 2:00 pm, be advanced to March 2, 2020.

1. Government counsel will be traveling out of the district on the currently set date for oral argument before the Ninth Circuit in *United States v. Lupold*, CA No. 19-10294.

1

2. The defendants are incarcerated and do not object to the advancement.

3. Denial of this request could result in a miscarriage of justice, and the ends of justice are served by granting this request.

DATED this 14th day of February, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

   /s/
ELHAM ROOHANI
Assistant United States Attorney

   /s/
THOMAS PITARO
Counsel for Defendant Justin Fisher

   /s/
WILLIAM TERRY
Counsel for Defendant Joshua Fisher

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

United States Of America,  ) Case No. 2:17-cr-00073-APG-GWF
         Plaintiff,  )
    vs.  ) **Findings and Order on Stipulation**
  )
Justin Anthony Fisher and  )
Joshua Ray Fisher,  )
         Defendants.  )
  )
  )

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. Government counsel will be traveling out of the district on the currently set date for oral argument before the Ninth Circuit in *United States v. Lupold*, CA No. 19-10294.

2. The defendants are incarcerated and do not object to the advancement.

3. Denial of this request could result in a miscarriage of justice, and the ends of justice are served by granting this request..

THEREFORE, IT IS HEREBY ORDERED that the sentencings in the above-captioned matters currently scheduled for March 3, 2020, are vacated and advanced to March 2, 2020 at 2:30 p.m.

DATED this 19th day of February, 2020.

_____
HONORABLE ANDREW P. GORDON
United States District Court Judge