FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 0 2 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-073-APG-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JUSTIN ANTHONY FISHER and JOSHUA RAY FISHER, | |
| Defendants. | |

The United States District Court for the District of Nevada entered Preliminary Orders of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); 18 U.S.C. § 2428(a)(1); and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Justin Anthony Fisher and Joshua Ray Fisher to the criminal offenses, forfeiting the property set forth in the Plea Agreements, the Bill of Particulars, and the Forfeiture Allegation of the Second Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Justin Anthony Fisher and Joshua Ray Fisher pled guilty. Second Superseding Criminal Indictment, ECF No. 135; Bill of Particulars, ECF No. 143; Change of Plea (Justin), ECF No. 160; Change of Plea (Joshua), ECF No. 161; Plea Agreement (Joshua), ECF No. 162; Preliminary Order of Forfeiture (Joshua), ECF No. 163; Plea Agreement (Justin), ECF No. 164; Preliminary Order of Forfeiture (Justin), ECF No. 165.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 27, 2019, through August 25, 2019, and from October 18, 2019, through November 16, 2019, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 169 and 170.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 173; Notice of Filing Service of Process – Mailing, ECF No. 174.

**Personal Service**

On December 31, 2019, the United States Marshals Service personally served Shirlise C. Castille at 4255 W. Viking Rd. #599 Las Vegas, NV 89103 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 3, 18-38.

On December 6, 10, and 31, 2019, the United States Marshals Service attempted to serve Shirlise Castile at 6609 Miragrande Dr., Las Vegas, NV 89108 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 4, 18-38.

On December 5 and 31, 2019, the United States Marshals Service attempted to serve Shirlise C. Castille at 3371 Dragon Fly St., North Las Vegas, NV 89032 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 5, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Shirlise Castile at 10432 Burkehaven Ave., Las Vegas, NV 89166-6506 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 6, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Shirlise Castile at 9301 Hampstead Hills Ave., Las Vegas, NV 89149-0138 with copies of the

Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 7, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Kimberly A. Fisher at 9301 Hampstead Hills Ave., Las Vegas, NV 89149-0138 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 8, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Kimberly A. Fisher at 6609 Miragrande Dr., Las Vegas, NV 89108-5544 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 9, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Kimberly A. Fisher at 10432 Burkehaven Ave., Las Vegas, NV 89166-6506 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 10, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Robert Fisher at 9301 Hampstead Hills Ave., Las Vegas, NV 89149-0138 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 11, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Robert Fisher at 6609 Miragrande Dr., Las Vegas, NV 89108-5544 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 12, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Robert Fisher at 10432 Burkehaven Ave., Las Vegas, NV 89166-6506 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 13, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Julianne C. Fisher at 9301 Hampstead Hills Ave., Las Vegas, NV 89149-0138 with copies of

the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 14, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Julianne C. Fisher at 6609 Miragrande Dr., Las Vegas, NV 89108-5544 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 15, 18-38.

On December 5, 2019, the United States Marshals Service attempted to serve Julianne C. Fisher at 10432 Burkehaven Ave., Las Vegas, NV 89166-6506 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 16, 18-38.

On November 14, 2019, the United States Marshals Service personally served Crystina Fisher at 9301 Hampstead Hills Ave., Las Vegas, NV 89149 with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 173-1, p. 17-38.

**Service by Mailing**

On December 3, 2019, the United States Attorney's Office attempted to serve Robert E. Fisher at 10432 Burkehaven Ave., Las Vegas, NV 89166-6506 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 3, 8-28 & 174-2, p. 2-6.

On December 3, 2019, the United States Attorney's Office attempted to serve Robert E. Fisher at 6609 Miragrande Dr., Las Vegas, NV 89108-5544 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 3, 8-28 & 174-2, p. 7-11.

On December 3, 2019, the United States Attorney's Office attempted to serve Robert E. Fisher at 9301 Hampstead Hills, Las Vegas, NV 89149-0138 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was

4

returned as moved left no address. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 3, 8-28 & 174-2, p. 12-16.

On December 3, 2019, the United States Attorney's Office attempted to serve Robert E. Fisher at 14132 Ironbank Ave., Chino, CA 91710-8231 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as being unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 3, 8-28 & 174-2, p. 17-23.

On December 3, 2019, the United States Attorney's Office served Robert E. Fisher at 8025 Thoroughbred St., Rancho Cucamonga, CA 91701-2541 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 3, 8-28 & 174-2, p. 24-26.

On December 3, 2019, the United States Attorney's Office served Robert E. Fisher at 12345 Mountain Ave. Ste. N, Chino, CA 91710-2783 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 4, 8-28 & 174-2, p. 27-29.

On December 3, 2019, the United States Attorney's Office attempted to serve Julianne C. Fisher at 10432 Burkehaven Ave., Las Vegas, NV 89166-6506 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 4, 8-28 & 174-2, p. 30-34.

On December 3, 2019, the United States Attorney's Office attempted to serve Julianne C. Fisher at 6609 Miragrande Dr., Las Vegas, NV 89108-5544 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 4, 8-28 & 174-2, p. 35-39.

On December 3, 2019, the United States Attorney's Office attempted to serve Julianne C. Fisher at 9301 Hampstead Hills, Las Vegas, NV 89149-0138 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The

mail was returned as moved left no address. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 4, 8-28 & 174-2, p. 40-44.

On December 3, 2019, the United States Attorney's Office attempted to serve Julianne C. Fisher at 14132 Ironbank Ave., Chino, CA 91710-8231 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 4, 8-28 & 174-3, p. 2-6.

On December 3, 2019, the United States Attorney's Office served Julianne C. Fisher at 8025 Thoroughbred St., Rancho Cucamonga, CA 91701-2541 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 4, 8-28 & 174-3, p. 7-9.

On December 3, 2019, the United States Attorney's Office served Julianne C. Fisher at 12345 Mountain Ave. Ste. N, Chino, CA 91710-2783 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 4, 8-28 & 174-3, p. 10-12.

On December 3, 2019, the United States Attorney's Office attempted to serve Kimberly A. Fisher at 10432 Burkehaven Ave., Las Vegas, NV 89166-6506 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 4-5, 8-28 & 174-3, p. 13-17.

On December 3, 2019, the United States Attorney's Office attempted to serve Kimberly A. Fisher at 6609 Miragrande Dr., Las Vegas, NV 89108-5544 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 5, 8-28 & 174-3, p. 18-22.

On December 3, 2019, the United States Attorney's Office attempted to serve Kimberly A. Fisher at 9301 Hampstead Hills, Las Vegas, NV 89149-0138 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The

| | |
|---|---|
| 1 | mail was returned as moved left no address. Notice of Filing Service of Process – Mailing, |
| 2 | ECF No. 174-1, p. 5, 8-28 & 174-3, p 23-27. |
| 3 | On December 3, 2019, the United States Attorney's Office served Kimberly A. |
| 4 | Fisher at 14132 Ironbank Ave., Chino, CA 91710-8231 by regular and certified return |
| 5 | receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing |
| 6 | Service of Process – Mailing, ECF No. 174-1, p. 5, 8-28 & 174-3, p. 28-30. |
| 7 | On December 3, 2019, the United States Attorney's Office served Kimberly A. |
| 8 | Fisher at 8025 Thoroughbred St., Rancho Cucamonga, CA 91701-2541 by regular and |
| 9 | certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The |
| 10 | first-class mail was returned as attempted not known. Notice of Filing Service of Process – |
| 11 | Mailing, ECF No. 174-1, p. 5, 8-28 & 174-3, p. 31-34. |
| 12 | On December 3, 2019, the United States Attorney's Office served Kimberly A. |
| 13 | Fisher at 12345 Mountain Ave. Ste. N, Chino, CA 91710-2783 by regular and certified |
| 14 | return receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of |
| 15 | Filing Service of Process – Mailing, ECF No. 174-1, p. 5, 8-28 & 174-3, p. 35-37. |
| 16 | On December 3, 2019, the United States Attorney's Office attempted to serve |
| 17 | Crystina A. Fisher at 10432 Burkehaven St., Las Vegas, NV 89166-6506 by regular and |
| 18 | certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The |
| 19 | mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, |
| 20 | ECF No. 174-1, p. 5, 8-28 & 174-3, p. 38-42. |
| 21 | On December 3, 2019, the United States Attorney's Office attempted to serve |
| 22 | Crystina A. Fisher at 6609 Miragrande Dr., Las Vegas, NV 89108-5544 by regular and |
| 23 | certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The |
| 24 | mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, |
| 25 | ECF No. 174-1, p. 5, 8-28 & 174-3, p. 43-47. |
| 26 | On December 3, 2019, the United States Attorney's Office served Crystina A. Fisher |
| 27 | at 9301 Hempstead Hills Ave., Las Vegas, NV 89149-0138 by regular and certified return |
| 28 | / / / |

receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 6, 8-28 & 174-4, p. 2-4.

On December 3, 2019, the United States Attorney's Office attempted to serve Crystina A. Fisher at 14132 Ironbank Ave., Chino, CA 91710-8231 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 6, 8-28 & 174-4, p. 5-9.

On December 3, 2019, the United States Attorney's Office served Crystina A. Fisher at 8025 Thoroughbred St., Rancho Cucamonga, CA 91701-2541 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 6, 8-28 & 174-4, p. 10-12.

On December 3, 2019, the United States Attorney's Office served Crystina A. Fisher at 12345 Mountain Ave. Ste. N, Chino, CA 91710-2783 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 6, 8-28 & 174-4, p. 13-15.

On December 3, 2019, the United States Attorney's Office attempted to serve Shirlise Castile at 10432 Burkehaven Ave., Las Vegas, NV 89166-6506 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 6, 8-28 & 174-4, p. 16-20.

On December 3, 2019, the United States Attorney's Office attempted to serve Shirlise Castile at 6609 Miragrande Dr., Las Vegas, NV 89108-5544 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 6, 8-28 & 174-4, p. 21-25.

On December 3, 2019, the United States Attorney's Office attempted to serve Shirlise Castile at 9301 Hempstead Hills Ave., Las Vegas, NV 89149-0138 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was

8

returned as moved left no address. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 6, 8-28 & 174-4, p. 26-30.

On December 3, 2019, the United States Attorney's Office attempted to serve Shirlise Castile at 14132 Ironbank Ave., Chino, CA 91710-8231 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 6-28 & 174-4, p. 31-35.

On December 3, 2019, the United States Attorney's Office attempted to serve Shirlise Castile at 8025 Thoroughbred St., Rancho Cucamonga, CA 91701-2541 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. The mail was returned as attempted not known. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 7-28 & 174-4, p. 36-40.

On December 3, 2019, the United States Attorney's Office served Shirlise Castile at 12345 Mountain Ave. Ste. N, Chino, CA 91710-2783 by regular and certified return receipt mail with the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 174-1, p. 7-28 & 174-4, p. 41-43.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); 18 U.S.C. § 2428(a)(1); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Black Trooper CM Storm Desktop Tower, S/N 5GC5000KKN11125100048;
2. Gray HP Z820 Desktop Tower, S/N 2UA2320F46;

3. Black Cooler Computer Tower (no side cover), S/N RC361KKR3501132900347;
4. HP DV6 Pavilion Entertainment PC w/power cord, S/N CNF91102T5;
5. Black HP E840 Elitebook Laptop, S/N CNU4239LSS;
6. Gray HP 6460b Probook Laptop w/cord, S/N CNU1423J88;
7. Gray Sony PCG VAIO Laptop, S/N 00043-604-434-145;
8. Gray Dell XPS Laptop w/cord, S/N CR88G72;
9. Black Lenovo 20378 Laptop w/cord, S/N CB33024405;
10. Simple 96300 1TB Drive w/cord, S/N 09135081010000423029;
11. Silver Seagate Barracuda 300GB HDD, S/N 4NF00PKK;
12. Silver Maxtor Pro 50 500GB HDD, S/N H813ATTH;
13. Simple 1TB HDD, S/N 09135191000603283;
14. 13 Misc. CDs/DVDs;
15. HTC Inspire cell phone w/cracked screen;
16. Champagne Samsung S7 Galaxy Edge cell phone, IMEI: 355503070371301;
17. Black Samsung S7 Galaxy Edge cell phone w/Otter Box case;
18. Red Kodak 1033 digital camera, S/N KCXJC83513314;
19. Black Motorola Razor cell phone, IMEI: 355829010831611;
20. Black Samsung AT&T Galaxy 5 cell phone;
21. Black HTC T-Mobile cell phone;
22. Gray HTC AT&T cell phone;
23. Black Samsung cell phone;
24. Black Samsung AT&T cell phone;
25. Silver Nikon Coolpix 3100 digital camera, S/N 30014301;
26. Silver Vivitar Vivicam 4000 camera, S/N DD023984;
27. Map SD card;
28. 4 HP CD-Rs;
29. Sandisk Cruzer 4GB Thumb Drive;

30. Staples Relay 4GB Thumb Drive;
31. Black Apple iPad in black Otter Box case;
32. Blue America Innovations Thumb Drive;
33. Maxtor HD, S/N 9QJ0P2P6;
34. WD external HD w/cord, S/N WXJ1A8020849;
35. Sony HDR-CX210 Handycam, S/N 1223747;
36. Black HTC cell phone w/charger;
37. Silver Sony digital recorder;
38. Silver HP Ipaq Pocket PC w/128MB SD card;
39. Misc. slivers of paper;
40. Misc. envelopes;
41. White Samsung Galaxy Tablet, S/N R52GC0KVD7M;
42. Sandisk Cruzer 2GB Thumb Drive;
43. Sandisk Ultra 32GB Thumb Drive;
44. Silver Canon Powershot 2048 Camera, S/N 882061018246;
45. Silver Olympus digital camera;
46. 3 CDs;
47. Lexar 16GB Thumb Drive;
48. Samsung 850 250GB SSD, S/N MZ7LN250HMJP;
49. Silver WD My Passport HD, S/N WXL1EA5E6R6J;
50. Gray Transcend HD;
51. 7 Misc. Thumb Drives;
52. White Samsung SD card adapter;
53. Champagne Samsung S7 Galaxy Edge Cell phone, IMEI: 355503070417229;
54. Black One Plus 64GB Cellular Telephone, Model A2005, S/N Q200514A0524535;
55. Samsung Portable SSD T3 External Drive, Model MU-PT500B, S/N S2WANP0HA01199D; and

56. Samsung Portable SSD T3 External Drive, Model MU-PT250B, S/N S2WBNP0HB01902F

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED  March 3 , 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was served upon counsel of record via Electronic Filing on February 14, 2020.

                              /s/ Heidi L. Skillin
                              HEIDI L. SKILLIN
                              FSA Contractor Paralegal