UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiffs<br><br>v.<br><br>JUSTIN ANTHONY FISHER and JOSHUA RAY FISHER,<br><br>　　Defendants | Case No.: 2:17-cr-00073-APG-EJY<br><br>**Order** |

The Ninth Circuit remanded to this court "for the limited purpose of determining the extent of" Joshua Fisher's appointed counsel, Michael Humphreys', "involvement in Joshua's criminal case during Humphreys' time as an Assistant United States Attorney." ECF No. 220. The Ninth Circuit also directed me "to advise Joshua on remand of the potential conflict of interest posed by counsel Humphreys' representation and confirm that Joshua wishes to waive that conflict." *Id.*

I THEREFORE ORDER that by June 25, 2021, the Government shall file a motion to disqualify Humphreys if that is the outcome it seeks. Joshua Fisher may respond by July 9, 2021. The Government may reply by July 16, 2021.

DATED this 11th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE