TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
United States Attorney
Nevada Bar No. 8264
JOSEPH WEIDHAAS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Joseph.Weidhaas@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00073-APG-EJY |
| Plaintiff, | |
| vs. | **NOTICE OF A PPEARANCE** |
| JUSTIN ANTHONY FISHER, | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that JOSEPH WEIDHAAS, Assistant United States Attorney, has been assigned as counsel in the above captioned case.

Dated this 10th day of March, 2026.

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Joseph Weidhaas*
JOSEPH WEIDHAAS
Assistant United States Attorney

1